# Order

Michigan Supreme Court
Lansing, Michigan

July 11, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145646(85)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellant,

v

SC: 145646
COA: 301546
Lenawee CC: 09-014365-FC

JEFFERY ALAN DOUGLAS,
       Defendant-Appellee.
_____/

       On order of the Chief Justice, the motion to allow counsel for defendant to withdraw is GRANTED. It is further ORDERED that the matter is remanded to the Lenawee Circuit Court to determine, in accordance with Administrative Order 2003-03, whether the defendant is indigent and, if so, to appoint the State Appellate Defender Office to represent the defendant in this Court. A copy of the circuit court's order of appointment or denial thereof shall be promptly sent to this Court.

       This Court retains jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 11, 2013



Clerk